TUTHILL (HOE v.). See Case No. 6,573.

---

## Case No. 14,275a.

### TUTT v. IDE.

[3 Blatchf. 255, note.] [1]

Circuit Court. N. D. New York. Sept. 1, 1859.

NEW TRIAL.

On a motion, made by the defendants for a new trial.

NELSON, Circuit Justice. I am entirely satisfied with the opinion of Judge Hall in Tutt v. Ide [Case No. 14,275b], delivered on the decision of the demurrer to the declaration, and which he followed on the trial of the issue of

[1] [Reported by Samuel Blatchford, Esq., and here reprinted by permission.]

fact, and must, therefore, deny the motion for a new trial, and give judgment for the plaintiffs upon the verdict. The opinion in the case of Converse v. Coit [unreported], delivered by me in the state court, and referred to on the argument, turned upon a different question from the one involved in this case.